

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The DEVICES as Further Described Below and in Attachment A of the Accompanying Affidavit - Currently Located at FBI, 9325 Discovery Blvd, Manassas, Virginia | Case No. 3:20sw189<br>3:20sw190<br>3:20sw191<br>3:20sw192 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Eastern    District of    Virginia
*(identify the person or describe the property to be searched and give its location):*

iPhone, silver in color; MacBook Laptop, silver in color, A1446; MacBook Laptop, silver in color, A1990; Asus Laptop, black in color, X555L, all currently located at FBI Evidence Control Room, 9325 Discovery Blvd Manassas, Virginia, 20109.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

Evidence of violations of 18 U.S.C. § 2422(b), Coercion and Enticement; 18 U.S.C. § §2251, Sexual Exploitation of Children; and 18 U.S.C. § 2252A, Receipt and Distribution of Child Pornography.

**YOU ARE COMMANDED** to execute this warrant on or before    July 1, 2020    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. Roderick C. Young    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 06/17/2020 11:00 am    /s/ RCY
   *Judge's signature*

City and state:    Richmond, Virginia    Roderick C. Young, U.S. Magistrate Judge
   *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 3:20sw189, 3:20sw190, 3:20sw191, 3:20sw192 | Date and time warrant executed: 06/17/2020  1400 | Copy of warrant and inventory left with: self |
|---|---|---|

Inventory made in the presence of:
self

Inventory of the property taken and name of any person(s) seized:

- All digital devices named in warrant

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/17/2020

_____
Executing officer's signature

Christopher Ford / Special Agent
Printed name and title